## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SALIBA INVESTMENT LLC d/b/a J&S MITSUBISHI,<br><br>           Plaintiff/Counterclaim-Defendant,<br><br>    v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC.,<br><br>           Defendant/Counterclaim-Plaintiff. | Case No. 3:26-cv-05112-GC-TJB<br><br>**JOINT PROPOSED BRIEFING SCHEDULE** |

Pursuant to the Court's Order dated May 8, 2026 (ECF #4), plaintiff/counterclaim-defendant, Saliba Investment LLC d/b/a J&S Mitsubishi ("J&S") and defendant/counterclaim-plaintiff, Mitsubishi Motors North America, Inc. ("MMNA"), respectfully propose the following briefing schedule in connection with MMNA's Motion for Temporary Restraining Order and Preliminary Injunction (the "Injunction Motion") (ECF #3).

| EVENT | PROPOSED DUE DATE |
|---|---|
| J&S's Opposition to Injunction Motion and Cross-Motion for Injunctive Relief | May 22, 2026 |
| MMNA's Opposition to J&S's Cross-Motion for Injunctive Relief and Reply Memo in Support of Injunction Motion | June 3, 2026 |
| J&S's Reply Memo in Support of Cross-Motion for Injunctive Relief | June 8, 2026 |

WHEREFORE, the Parties respectfully request the Court issue an Order setting the agreed briefing schedule in connection with the Injunction Motion.

4912-1794-5259 v.1

FOX ROTHSCHILD LLP
*Attorneys for Plaintiff/Counterclaim-*
*Defendant, Saliba Investment LLC*
*d/b/a J&S Mitsubishi*

By:   *s/ Timothy J. Broking*
      Timothy J. Broking
      49 Market Street
      Morristown, New Jersey 07960
      Tel.: (973) 548-5055
      Facsimile: (973) 992-9125

STEVENS & LEE, P.C.
*Attorneys for Defendant/Counterclaim-*
*Plaintiff, Mitsubishi Motors North*
*America, Inc.*

By:   */s/ Ryan P. Mulvaney*
      Ryan P. Mulvaney
      669 River Drive, Suite 201
      Elmwood Park, New Jersey 07407
      Tel.: (201) 857-6760
      Ryan.Mulvaney@stevenslee.com

      Brandon L. Bigelow*
      William F. Benson*
      NELSON MULLINS RILEY &
      SCARBOROUGH LLP
      One Financial Center, Suite 3500
      Boston, MA 02111
      Telephone: (617) 217-4700
      Facsimile: (617) 217-4710
      brandon.bigelow@nelsonmullins.com
      bill.benson@nelsonmullins.com

      John C. McElwaine*
      NELSON MULLINS RILEY &
      SCARBOROUGH LLP
      151 Meeting Street, Suite 600
      Charleston, SC 29401
      Telephone: (843) 853-5200
      john.mcelwaine@nelsonmullins.com

      *pro hac vice applications*
      *forthcoming*

Dated:   May 13, 2026

4912-1794-5259 v.1