# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SALIBA INVESTMENT LLC d/b/a J&S
MITSUBISHI,

        Plaintiff/Counterclaim-Defendant,

    v.

MITSUBISHI MOTORS NORTH AMERICA,
INC.,

        Defendant/Counterclaim-Plaintiff.

Civil Action No. 26-05112 (GC) (TJB)

**ORDER**

**THIS MATTER** comes before the Court upon Defendant/Counterclaim Plaintiff Mitsubishi Motors North America Inc. (MMNA)'s Motion for a Temporary Restraining Order and Preliminary Injunction and Plaintiff/Counterclaim Defendant Saliba Investment LLC d/b/a J&S Mitsubishi (J&S)'s Cross-Motion for a Preliminary Injunction. (ECF Nos. 3, 9.) The Court held a hearing on the parties' Motions on July 1, 2026. (ECF No. 19.) The Court has carefully considered the parties' submissions and arguments. For the reasons set forth in the Court's accompanying Opinion, and for other good cause shown,

**IT IS** on this 7th day July, 2026 **ORDERED AND ADJUDGED** as follows:

1.     MMNA's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 3) is **GRANTED.**

2.     J&S's Cross-Motion for a Preliminary Injunction (ECF No. 9) is **DENIED.**

3.     J&S, and all those acting in concert with it, are immediately and preliminarily enjoined from:

    a.     Using, displaying, reproducing, distributing, or otherwise exploiting the Mitsubishi Marks or any confusingly similar marks or trade dress in any manner or medium;

1

b. Using the names "Mitsubishi," "Mitsubishi Motors," or "J&S Mitsubishi" in any trade name, advertising, signage, customer communications, domain name, website, social media account, or business representation;

c. Holding itself out, directly or indirectly, as an authorized Mitsubishi dealer, sales outlet, service center, warranty provider, or that J&S is otherwise affiliated with or authorized by MMNA;

d. Offering for sale, advertising, or servicing Mitsubishi vehicles in a manner suggesting authorization by MMNA; and

e. Continuing to operate the website <jsmitsubishi.com> or any other internet platform that incorporates the Mitsubishi Marks or suggests affiliation with MMNA.

4. Pursuant to Rule 65(c), MMNA shall post a bond for the sum of $10,000 as security for this injunction, pending further order of the Court.

5. The Clerk's Office shall **TERMINATE** the Motions pending at ECF Nos. 3 and 9.

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE

2